# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Jiemin Bai, *pro se* )
41-12A Main Street 2nd Fl E53 ) Docket Number:
Flushing, NY 11355 ) Civil Rights Action: 42 USC 1983, 1981
Plaintiff ) False Arrest, False Imprisonment; Malicious
                                                              ) Prosecution; Battery, Assaults, and Civil Conspiracy

v. )
                                                               )

Michael Sherwin )
Acting U.S. Attorney for DC ) Case: 1:21-cv-00390 JURY DEMAND
555 4th Street, NW ) Assigned To : Chutkan, Tanya S.
Washington, DC 20001 ) Assign. Date : 2/9/2021
                                                               ) Description: Pro Se Gen. Civ. (F-DECK)

Jessie K. Liu )
Formerly U.S. Attorney for DC )
In her both official and Personal Capacity )
440 New York Avenue, NW )
Washington, DC 2005 )
                                                               )

Defendants )

## COMPLAINT

### Nature of the Case

1. This is a civil rights and civil tort case filed by victim Jiemin Bai, a political dissident and an outspoken critique against the totalitarian Chinese communist dictatorship.

2. Plaintiff is a political asylee currently residing at the City of Flushing, State of New York;

3. While Mr. Bai was exercising his 1st Amendment rights in peaceful protests against visiting Chinese dictator, vice prime minister Liu He, in front of Commerce Department, in Washington, DC condemning the universally condemned anti-humanity crimes committed by the totalitarian regime of the People's Republic of China (PRC) under the raign of Chinese Communist Party (CCP), an infamous totalitarian ruling bloc, DC police and the Secret Service personal rushed to subdue the Plaintiff by force and violence.

4. Plaintiff was arrested and detained for his peaceful demonstration against the totalitarian PRC, together with several other fellow protesters. It is not unusual that protesters were arrested and briefly detained and released shortly after with like a $50 fines or so. What appears excessive and outrageous is that the U.S. prosecuting team under the oversight of then US attorney for DC, now

1

RECEIVED
VOID DEC 8 2020
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

RECEIVED
FEB 09 2021
Clerk, U.S. District and
Bankruptcy Courts

ousted, Jessie K. Liu, insisted to deal with these special Chinese protesters differently. All of them were charged either by felony or criminal misdemeanors.

5. Mr. Bai was charged for felony up to 20-year imprisonment (19-CR-34) apparently selective prosecution apparently under the auspices of Defendant Jesse K. Liu for such a frivolous criminal charge highly likely to please her CCP patrons.
6. On the other hand, Defendant Jessie K. Liu placed Plaintiff inside the cell for totally 8 days.
7. Plaintiff was coerced to go through psychiatric examination;
8. Though Plaintiff does not have psychiatric history, he was coerced twice for psychiatric evaluations and was coerced to be jailed in a cell with inmates who did have mental troubles and scary violent propensity under Mr/ Liu's special arrangement.
9. Plaintiff's defense counsel filed motions for acquittal based upon vindictive prosecution, Defendant Liu, who knew and should have known that such a malicious prosecution should have been properly dismissed for vindictive prosecution in suppression of his 1st Amendment.
10. Due to Defendant's motive to single out the Plaintiff for felony charge, knowing its wrong, for maximizing Plaintiff's pain and suffering, she ordered, by misleading the Court, to have Plaintiff to wear electronic surveillance device at the Plaintiff's left ankle, having caused Plaintiff left ankle traumatized with acute infection. Plaintiff was hospitalized for left ankle infection with high fever reached 103 degree.
11. Plaintiff had suffered pain and sufferings for several months after he was discharged by the hospital.
12. With the impasse of plea bargain, a jury trial was scheduled. On December 12, 2019, the criminal jury for the U.S. District Court for the District of Columbia unanimously found Plaintiff not guilty.
13. The Hon. Royce Lamberth dismissed the case on December 13, 2019, based upon the Jury verdict.
14. Yet the Plaintiff suffered great damages both physically and psychologically.
15. Prosecution initiated by Jessie Liu was vindictive in suppressing Plaintiff's peacefully exercising his 1st Amendment rights, while defendant Liu persistently refused to drop;
16. Defendant Liu knew or should have known that to viciously bite on an innocent citizen without proper and lawful cause is a vindictive prosecution, which trigged false arrest, excessive violent force; false arrests, and malicious prosecution,
17. The electronic monitoring device which Defendant insisted to physically attach to Plaintiff's body, particularly because of her false claim seeking for sentencing up to 20 years for simply picketing, is the triggering cause all these severe injuries.
18. Defendant Liu demonstrated her prejudice and ideological bias and discrimination on nationality and evil motive in pleasing highly likely her foreign Asian patron by accusing before the jury for

the Plaintiff's "not loving his own country", here means CCP ruled PRC. Such a political bias has proven Defendant Liu's outreaching, excessive discrimination against the Plaintiff's national origin by launching such malicious prosecution in vindictive nature

### 19. Parties:

Plaintiff Jiemin Bai

20. Plaintiff Jiemin Bai is a political asylee of ethnic Chinese origin.
21. Plaintiff Jiemin Bai is currently residing at 41-12A Main Street 2nd Fl E53, Flushing, NY 11355.
22. Plaintiff is a law abiding citizen and a prominent prisoner of conscience.
23. Plaintiff was maltreated in prison and under surveillance such maltreatment has caused his lasting severe physical pains and suffering.

### Defendants:

Defendant Michael Sherwin is an acting U.S. Attorney for the U.S. District of Columbia as the successor to Ms. Jessie Liu who was ousted in May 2020.

Defendant Sherwin should be held liable for his official capacity for Plaintiff's injury and damages.

Records show that Defendant Sherwin was behaving just following such questionable ideological pattern of his predecessor Jessie K. Liu.

Defendant Jessie K. Liu

Defendant Jessie K. Liu was formerly the US Attorney for the DC, before she was ousted in May 2020.

Defendant Jessie K. Liu is a U.S. citizen of Chinese or Korean or Chinese Korean ethnicity.

Defendant Liu current place of business is at 440 New York Avenue, NW, Washington, DC 2005

Defendant may have committed such civil rights violations against the Plaintiff by her unsound mind by all wasteful persecutions ranging from excessive and dishonest charges to coercing the Plaintiff to accept psychiatric evaluation and putting the plaintiff to expose to mentally trouble immates.

There should be further discovery to expose Defendant Liu's such abnormal and persecutoral behavior and the ultimate reasons behind such mood of hatreds towards the Plaintiff.

Defendant Liu's wild behavior has exceeded the scope of her official capacity. She must be held personally accountable;

Defendant Liu's lousy behavior has also violated the APA act.

### JURISDICTION AND VENUE

24. This Court has subject matter jurisdiction under 42 USC 1983; 1981; and APA Act.
25. This Court has Federal Question jurisdiction over under 28 U.S.C. § 1331 (federal

question jurisdiction), 28 U.S.C. § 1350 (Alien Tort Claims Statute) and 28 U.S.C. § 1350 (Torture Victim Protection Act). The Torture Victim Protection Act supplements and confirms the ATS by providing federal court jurisdiction for acts of torture, as defined by 28 U.S.C. § 1350.

26. This Court also has supplemental jurisdiction over claims arising from violations of state law because, pursuant to 28 U.S.C. § 1367, the facts in the claims arising from state law are so related to the Plaintiffs' claims under federal laws that they form part of the same case or controversy under Article III of the United States Constitution.

27. This Court also has supplemental and personal jurisdiction over the defendants under the D.C. Code § 13-422 (2001) or that the court has personal jurisdiction pursuant to the District of Columbia long-arm statute, D.C. Code, while both Defendants' place of business is located at the District of Columbia.

28. Other named and unnamed Defendants are similarly subject to the jurisdiction of this court by virtue of their corporate ties and/or business contacts and activities in this jurisdiction.

29. Venue is proper in this judicial district pursuant to 28 USC 1391(d), in connection to 28 U.S.C. § 1350;

*30.* Venue is also proper in this judicial district for all co-defendants in this instant case pursuant to 28 USC 1391(b) and (c).

## CAUSES OF ACTION

31. Plaintiffs re-allege and incorporate by reference all preceding paragraphs from 1 to 31 as though fully set forth herein:

32. Plaintiffs' causes of action arise under and violate the following laws and regulations:

    Civil Rights Action: 42 USC 1983, 1981; False Arrest, False Imprisonment; Malicious Prosecution; Battery, Assaults, APA violation

### *FIRST CLAIM FOR RELIEF*

### Civil Rights violation under 42 USC 1983, and 1981

33. By abusing law, Defendants violated Plaintiff's civil rights not being subject to such ruthless prosecution s which caused his lasting physical and psychological injury, by usurping and abusing the Federal justice system in highly likely patronizing hostile foreign master;
34. Such an abuse has exceeded Defendants' scope of employment; and motivated by discrimination on account of national origin by racial slur conveying to the jury.
35. These abusive acts violated the APA Act.

### *Second CLAIM FOR RELIEF: False Arrest*

36. Plaintiffs re-allege and incorporate by reference all preceding paragraphs from 1 to 36 as though fully set forth herein:
37. The arrest of Plaintiff triggering all tortuous acts having injured Plaintiff was caused by the false arrest.
38. The arrest was false because it was used to suppress the Plaintiff's proper and lawful exercise of his 1st Amendment. Therefore it is the triggering cause of vindictive prosecution.
39. The false arrest triggered Plaintiff's injury.

### *Third CLAIM FOR RELIEF: False Imprisonment*

40. Plaintiffs re-allege and incorporate by reference all preceding paragraphs from 1 to 39 as though fully set forth herein:

41. The Imprisonment of totally 8-days, including the time Defendants placed the Plaintiff to stay with mentally troubled inmates with violent propensity is false imprisonment of Plaintiff triggering all tortuous acts having injured Plaintiff was caused by the false imprisonment.
42. The imprisonment was false because it was used to suppress the Plaintiff's proper and lawful exercise of his 1st Amendment. Therefore it is the triggering cause of vindictive prosecution.
43. The false imprisonment caused Plaintiff's injury.

### *Fourth CLAIM FOR RELIEF*

Malicious Prosecution

44. Plaintiffs re-allege and incorporate by reference all preceding paragraphs from 1 to 43 as though fully set forth herein:

45. Defendants knew or should have known that peaceful demonstration by plaintiff to protest the Chinese communist dictator is a rightful and justified cause and it is protected by our Constitution. The wild felony prosecution against Plaintiff is in vindictive nature which is highly obvious to Defendants, yet it bite the Plaintiff so tightly with all her teeth in madness and dis-shaped manner.

46. That selective prosecution coupled with arrest of person and imprisonment of the Plaintiff was driven by defendants knowing its wrong, yet intentionally attempted it to happen and vigorously pursued for intentional or reckless vice.

47. Such malicious prosecution caused enormous harm against the Plaintiff.

### *Fifth CLAIM FOR RELIEF*

48. Plaintiffs re-allege and incorporate by reference all preceding paragraphs from 1 to 48 as though fully set forth herein:

Battery, Assaults

49. Defendants used Handcuffs, foot chains and wastefully Electronic Monitoring devices to engage in vindictive prosecution against the Plaintiff, knowing their prosecution was vindictive against the Plaintiff's exercise of his 1st Amendment and using such physical means are racially motivated.

50. To force Plaintiff to undergo psychiatric examination against by offensive touch using the hands of psychiatrist against plaintiff's will, causing his fear, was also a battery and assault.

51. These battery and assault has caused lasting injury against the Plaintiff.

### Sixth CLAIM FOR RELIEF: APA Violation

52. Plaintiffs re-allege and incorporate by reference all preceding paragraphs from 1 to 52 as though fully set forth herein:

53. Defendants outrageous behavior in pursuing such vindictive and frivolous prosecution was outside the scope of a Federal prosecutors' code of conducts. Therefore, it is a violation of the APA provisions.

54. Such a violation of APA provisions caused Plaintiff's lasting and severe injury.

### STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11(b)(3)

55. Plaintiffs re-allege and incorporate by reference all preceding paragraphs from 1 to 55 as though fully set forth herein:

56. Due to the unique circumstances of this case, specifically the fact that a substantial amount of the information is unavailable without the Defendants' cooperation, all the factual allegations are made because they "are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery," pursuant to Rule 11(b)(3). Fed. R. Civ. P. 11(b)(3)

### PRAYER FOR RELIEF

WHEREFORE, the Plaintiffs pray for judgment against all Defendants jointly or severally as follows:

Actual, consequential and damages: $5Million.

For injunctive relief to order the defendants to issue an official apology to the Plaintiff. For costs of the litigation, including, attorneys' fees; and

For such other relief as the Court deems just and proper.

### Trial of facts by jury is respectfully prayed.

Plaintiffs respectfully that all facts of this case be tired by the Jury.

Respectfully submitted this by.

*[signature: Bai Jie min]*

/s/Jiemin Bai, *pro se*
Plaintiff
Dated: December 22, 2020

